# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ADOPTION OF A.L.G., A MINOR | : | No. 412 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: M.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF A.R.G., A MINOR | : | No. 413 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: M.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: M.M.G., A MINOR | : | No. 414 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: M.G., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.